

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2014

No. 04-14-00290-CV

**IN RE OUTREACH HEALTH CARE, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice

On April 28, 2014, relator Outreach Health Care, Inc. filed a petition for writ of mandamus and a motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 28, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2008-CI-20411, styled *Ruben Vasquez, Individually and as Administrator of the Estate of Ruben Vasquez Jr., Deceased and Oralia Vasquez, Joe Jimenez and Rosa Ward v. San Antonio Extended Medical Care, Inc. d/b/a MedMart, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. and the Honorable Barbara Nellermoe, presiding.